UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA HARGROVE,

    Plaintiff,

v.                                                                        CASE NO. 8:22-cv-201-SDM-TGW

WAKEFIELD AND
ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER

    On January 25, 2022, Teresa Hargrove sued (Doc. 1) Wakefield and Associates, Inc.  No proof of service timely appeared, and Hargrove untimely moved (Doc. 8) to extend the time within which to serve the defendant.  Because the motion failed to comply with Rule 4(m) and Rule 6(b)(1)(B), a May 31, 2022 order (Doc. 9) denies without prejudice the motion and permits Hargrove to move again for an extension of time to serve Wakefield.  The order warns that if the new motion fails to "show both good cause and excusable neglect, an order will dismiss the action without further notice."  (Doc. 9 at 2)

    Instead of moving for an extension of time to serve Wakefield, Hargrove submits (Doc. 10) a "Certificate of Service" stating that Hargrove's counsel on June 6, 2022, served Wakefield with process "via US Mail (Priority Overnight) . . . ."

(Doc. 10 at 1)  Nothing in the "Certificate" endeavors to show good cause for the failure to timely serve the defendant, and Hargrove otherwise fails to comply with the May 31 order.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  Further, the May 23, 2022 order (Doc. 7), entered in error, is **STRICKEN**.  The clerk must close the case.

ORDERED in Tampa, Florida, on July 8, 2022.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE